| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Charles W. Daff, Bar No 76178**<br>**2107 N. Broadway**<br>**Suite 308**<br>**Santa Ana, CA 92706**<br>**657-218-4800 Fax: 657-218-4858**<br><br>charleswdaff@gmail.com<br><br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for: Debtor* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Nabil Awan Ibrahim Radwan**<br><br><br><br><br>Debtor(s). | CASE NO.: **8:17-bk-10477 CB**<br>CHAPTER: **13**<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br>**OF A CONTESTED MATTER**<br>**[FRBP 9014(c) and LBR 9013-1(k)]**<br><br>Date: June 8, 2017<br>TIME: 1:30 p.m.<br>COURTROOM: 5D<br>PLACE: U S Bankruptcy Court, 411 W Fourth St., Santa Ana, Ca 92701 |
|---|---|

A motion for an order __to Disallow Claim No 3 for Fay Servicing LLC/ US Bank National Association as docket no 31__ was filed on (date) __05/05/17__ and

☑ No response was filed with the court or served on the movant; and debtor has prematurely filed said objection.
☐ The parties stipulated to dismiss on (date) _____ on the record of the court; or
☐ The parties filed a stipulation to dismiss on (date) _____.

Notice is given that the above-entitled contested matter [docket entry number __31__] is dismissed pursuant to FRBP 9014(c).

Date: 05/11/17

Printed name of law firm (if applicable)

Charles W Daff, Attorney for Debtor
Printed name of individual Movant or attorney for Movant

*(signature)*
Signature of individual Movant or attorney for Movant

| In re: | | CHAPTER: 13 |
|---|---|---|
| Nabil Awan Ibrahim Radwan | Debtor(s). | CASE NUMBER: 8:17-bk-10477 CB |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2107 N. Broadway
Suite 308
Santa Ana, CA 92706

A true and correct copy of the foregoing document entitled (*specify*): __Notice of Voluntary Dismissal of Contested Matter with Proof of Service__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __05/11/17__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
  Amrane (SA) Cohen (TR)    efile@ch13ac.com
  Charles W Daff    charleswdaff@gmail.com
  Sean C Ferry    sferry@rasflaw.com, seanferry7@gmail.com;bkyecf@rasflaw.com;ras@ecf.courtdrive.com
  Can Guner    cguner@rasmonitor.com, bkyecf@rasflaw.com;courtdrive@rasflaw.com;ras@ecf.courtdrive.com
  United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On __05/11/17__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.
  HON. CATHERINE BAUER, US BANKRUPTCY JUDGE, 411 W FOURTH ST., SANTA ANA, CA. 92701

  Debtor
  Nabil Awan Ibrahim Radwan
  27535 Almendra Street
  Mission Viejo, CA 92691

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 05/11/17 | Charles W. Daff 76178 | /s/ Charles W. Daff |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                                 9013-3.1.PROOF.SERVICE

PROOF OF SERVICE
ATTACHMENT
Nabil Radwan
8:17-bk-10477 CB

CEO
Fay Servicing LLC
939 W North Ave., Suite 680
Chicago, IL. 60642

CEO
Fay Servicing, LLC
440 S LaSalle St., 20th Floor
Chicago, IL 60605

Edward J Fay
Fay Servicing, LLC
440 S LaSalle St., 20th Floor
Chicago, IL 60605

CEO
Fay Servicing LLC
PO Box 88009
Chicago, IL 60680-1009

CEO
Fay Servicing, LLC
901 S. 2nd St. Suite 201
Springfield, IL 62704

Ricardo Orozco
Agent for Service
Fay Servicing LLC
1220 S Street, Suite 150
Sacramento, Ca. 95811

CEO
US Bank National Association
425 Walnut Street
Cincinnati, OH 45202