UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

IN RE:                                           CASE NO.: 8:17-bk-10477-CB
                                                 CHAPTER 13
Nabil Awan Ibrahim Radwan,

   Debtor.
_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**BANKRUPTCY DEPARTMENT**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Keith Labell
Keith Labell, Esquire
Email: klabell@rasflaw.com

17-016959 - MaF
RADWAN, NABIL
Request for Service

Page 1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 26, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

LAW OFFICES OF CHARLES W DAFF
18881 VON KARMAN AVENUE
SUITE 1500
IRVINE, CA 92612

NABIL AWAN IBRAHIM RADWAN
27535 ALMENDRA
MISSION VIEJO, CA 92691

AMRANE (SA) COHEN (TR)
770 THE CITY DRIVE SOUTH SUITE 8500
ORANGE, CA 92868

UNITED STATES TRUSTEE (SA)
411 W FOURTH ST., SUITE 7160
SANTA ANA, CA 92701-4593

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Keith Labell
Keith Labell, Esquire
Email: klabell@rasflaw.com